Louis A. Staker, Appellant, v. Commercial Discount Corporation, Appellee.

Gen. No. 47,444.

First District, First Division.
December 8, 1958.
Released for publication January 23, 1959.

Musgrave, Ewins, Hanson & Anderson, for appellant; Mayer, Friedlich, Spiess, Tierney, Brown & Platt (Richard Grossman, Leo Herzel, of counsel) for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.